## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICKEY GRIFFITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 3:10-cv-00126-MJR-SCW |
| v. ) | |
| ) | **Judge Reagan** |
| **CREDIT COLLECTION** ) | **Magistrate Judge Williams** |
| **SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Plaintiff, RICKEY GRIFFITH, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter.  Plaintiff further states as follows:

1. This case is currently set for Trial on May 16, 2011.

2. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

3. Given the imminence of the parties' settlement agreement, plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

4. The parties further request that the Trial date of May 16, 2011 be stricken.

5. The parties shall file a stipulation of dismissal with prejudice forthwith.

                                                                            Respectfully submitted,
                                                                            **RICKEY GRIFFITH**

                                                         By: ___s/ David M. Marco_____
                                                               Attorney for Plaintiff

<u>Dated: May 3, 2011</u>

David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:   (312) 222-9028 (x812)
Facsimile:    (888) 418-1277
E-Mail:        <u>dmarco@smithlaw.us</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **RICKEY GRIFFITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 3:10-cv-00126-MJR-SCW |
| v. | ) | |
| | ) | **Judge Reagan** |
| **CREDIT COLLECTION SERVICES, INC.,** | ) | **Magistrate Judge Williams** |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

**To:** Justin M. Penn
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago Illinois 60601

I, David M. Marco, an attorney, certify that on **May 3, 2011**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, 40th Floor, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

|  | U.S. Mail |  | Facsimile |
|---|---|---|---|
|  | Messenger Delivery |  | Email |
|  | Federal Express/UPS | X | ECF |

By: s/ David M. Marco
Attorney for Plaintiff

David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone: (312) 222-9028 (x812)
Facsimile: (888) 418-1277
E-Mail: dmarco@smithlaw.us