# United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| Rickey Griffith, ) | |
| ) | |
| Plaintiff ) | Case Number: 10-cv-0126-MJR |
| ) | |
| v. ) | |
| ) | |
| Credit Collection Services, Inc., ) | |
| ) | |
| Defendant ) | |

## JUDGMENT IN A CIVIL ACTION

This action was:

☐ tried by a jury with Judge [Judge] presiding, and the jury has rendered a verdict.

☐ tried by Judge [Judge] without a jury, and the above decision was reached.

☒ This cause of action is dismissed with prejudice as a result of the parties settlement. Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

☐ other:

Dated: July 12, 2011

NANCY J. ROSENSTENGEL, Clerk

s/ Debbie DeRousse
Deputy Clerk

Approved: *[signature]*
Michael J. Reagan, U.S. District Judge